# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

No. 13-40324

United States Court of Appeals
Fifth Circuit

**FILED**

May 31, 2016

Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

Plaintiff - Appellee

v.

SAUL MOLINA-MARTINEZ,

Defendant - Appellant

Appeal from the United States District Court
for the Southern District of Texas

ON REMAND FROM THE SUPREME COURT OF THE UNITED STATES

Before STEWART, Chief Judge, JONES and HIGGINSON, Circuit Judges.

PER CURIAM:

This case returns to us on remand from the Supreme Court, No.14–8913, *United States v. Molina-Martinez.* The Supreme Court reversed our affirmance of the district court's sentence of Molina-Martinez and remanded this case to us for further proceedings consistent with the Court's opinion. Accordingly, we VACATE the district court's sentence of Molina-Martinez and REMAND this case to the District Court for the Southern District of Texas for resentencing consistent with the opinion of the Supreme Court.